IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00231-REB-MEH

DEBRA GUMLICH,

    Plaintiff,

v.

CHRONICLE NEWS PUBLISHING COMPANY, d/b/a THE CHRONICLE NEWS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2012.**

    The Motion to Strike on Behalf of Chronicle News Publishing Company d/b/a the Chronicle-News [filed April 16, 2012; docket #10] is **denied**. The Court does not find that Exhibits 1 and 2 submitted with Plaintiff's Complaint are "redundant, immaterial, impertinent, or scandalous..." *See* Fed. R. Civ. P. 12(f). Moreover, Rule 12(f)(2) requires that a motion to strike be filed *before* responding to the pleading. Defendant filed its Answer on March 30, 2012, and filed the present motion over two weeks later. Therefore, the motion is untimely.