IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00231-REB-MEH

DEBRA GUMLICH,

    Plaintiff,

v.

CHRONICLE NEWS PUBLISHING COMPANY, d/b/a THE CHRONICLE NEWS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 10, 2012.**

    Plaintiff's Motion for Leave to Amend Complaint [filed May 9, 2012; docket #20] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A. It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the ***specific efforts*** to comply with this rule..." *Id.* (emphasis added). Plaintiff's counsel represents that he attempted to confer with counsel for Defendant, but that he has not yet received a response. However, without more information, the Court is not persuaded that counsel has made a reasonable, good-faith effort to confer prior to filing the present motion.