IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00231-REB-MEH

DEBRA GUMLICH,

    Plaintiff,

v.

CHRONICLE NEWS PUBLISHING COMPANY, d/b/a THE CHRONICLE NEWS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2012.**

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed May 10, 2012; docket #23] is **granted**. The Clerk of the Court is direct to enter Plaintiff's proposed Amended Complaint [docket #23-1] as filed.