**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00231-REB-MEH

DEBRA GUMLICH,

     Plaintiff,

v.

CHRONICLE NEWS PUBLISHING COMPANY d/b/a THE CHRONICLE-NEWS,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal** [#28][1] filed August 6, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulation For Dismissal** [#28] filed August 6, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and the Trial Preparation Conference set for February 1, 2013, are **VACATED**;

3. That the jury trial set to commence February 25, 2013, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 6, 2012, at Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.