**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00231-REB-MEH

DEBRA GUMLICH,

     Plaintiff,

v.

CHRONICLE NEWS PUBLISHING COMPANY d/b/a THE CHRONICLE-NEWS,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the **Stipulation For Dismissal** [#28][1] filed August 6, 2012.

After reviewing the stipulation and the record, I conclude that the stipulation should be approved

and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Stipulation For Dismissal** [#28] filed August 6, 2012, is **APPROVED**;

     2.  That the Final Pretrial Conference and the Trial Preparation Conference set for

February 1, 2013, are **VACATED**;

     3.  That the jury trial set to commence February 25, 2013, is **VACATED**; and

     4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

     Dated August 6, 2012, at Denver, Colorado.

     **BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.